IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY SMITH                                                                                      PLAINTIFF

V.                               CASE NO. 5:17-CV-00345-KGB-JTK

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

1

    2.    Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

    3.    An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A 149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff's counsel filed the instant complaint against Defendant but has failed to effectuate proper service or to prosecute. On October 5, 2018, the Court ordered Plaintiff to show cause why the case should not be dismissed for lack of service within twenty-one (21) days of the entry of the Order. To date, no proof of service has been filed and Plaintiff has made no showing of good cause for extension of time to serve Defendant.

Under Fed. R. Civ. P. 4(c)(1), "[t]he plaintiff is responsible for having summons and complaint served within the time allowed by Rule 4(m)." Rule 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff

> shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Furthermore, a district court may sua sponte dismiss an action for the Plaintiff's failure to prosecute or comply with a court order. *See Holly v. Anderson*, 467 F.3d 1120, 1121 (8th Cir. 2006). In this matter, Plaintiff has not filed a proof of service nor has he made a showing of good cause to support an extension or to support that this matter should not be dismissed without prejudice.

## Conclusion

Based on the foregoing, it is recommended that Plaintiff's complaint (DE # 2) be dismissed without prejudice for failure to perfect service and failure to prosecute.

SO ORDERED this 29th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE