IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY SMITH                                                               PLAINTIFF

v.                              Case No. 5:17-cv-00345-KGB

SOCIAL SECURITY ADMINISTRATION                           DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8). Accordingly, the Court dismisses without prejudice plaintiff Randy Smith's complaint (Dkt. No. 2).

It is so ordered this 15th day of May, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge