IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY SMITH            PLAINTIFF

v.          Case No. 5:17-cv-00345-KGB

SOCIAL SECURITY ADMINISTRATION            DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Randy Smith's complaint is dismissed without prejudice.

It is so adjudged this 15th day of May, 2019.

_____
Kristine G. Baker
United States District Judge